IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| JAMIL RIVERA, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MARRIOTT INTERNATIONAL, INC. and INTERNATIONAL HOSPITALITY ENTERPRISES, INC.<br><br>Defendants. | Case No. 19- 1894 (GAG)<br><br>MOTION FOR ADMISSION PRO HAC VICE OF J. BARTON GOPLERUD |

**APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE**

COMES NOW, J. Barton Goplerud, applicant herein and respectfully states:

1. Applicant is an attorney and a shareholder of the law firm Shindler Anderson Goplerud & Weese, PC with an office at:

> SHINDLER ANDERSON GOPLERUD & WEESE, PC
> 5015 Grand Ridge Drive, Suite 100
> West Des Moines, Iowa 50265-5749
> Email: goplerud@sagwlaw.com
> Telephone: (515) 223-4567
> Fax: (515) 223-8887

2. Applicant will sign all pleadings with the name J. Barton Goplerud.

3. Applicant has been retained personally or as a member of the above-named firm by Plaintiffs to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since 1990, applicant has been and presently is a member in good standing of

the bar of the highest court of the State of Iowa, where applicant regularly practices law. Applicant's bar license number is AT0002983.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| Iowa District Court | 1990 |
| U.S. District Court for the Northern District of Iowa | 2002 |
| U.S. District Court for the Southern District of Iowa | 2002 |
| U.S. District Court for Nebraska | 2016 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico in the following cases:

*Ismael Marrero Rolon, et al v. Autoridad de Energia et al* Case No.: 3:15-cv-01167
*Santos-Cordova, et al. v. Municipio de San Juan et al* Case No.: 3:16-cv-01348
*Rosa Rivera, et al. v. Municipio de San Juan, et al* Case No.: 3:16-cv-01465
*Puerto Rico Electric Power Authority.* Case No.: 3:2017-bk-04750

3:

10. Local counsel of record associated with applicant in this matter is:

Jane Becker Whitaker
U.S.D.C.-PR Num. 205110
BECKER & VISSEPÓ, PSC
P.O. Box 9023914
San Juan, Puerto Rico 00902-3914
Email: janebeckerwhitaker@gmail.com
Telephone: 787-585-3824
Fax: 787-764-3101

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case

before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: November 5, 2019

J. BARTON GOPLERUD

_____
Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: November 5, 2019

JANE BECKER WHITAKER

_____
Local Counsel

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 pro hac vice admission fee.

_____
Applicant

## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐     the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐     the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, 2019.

_____
**U.S. DISTRICT JUDGE**