UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **JAMIL RIVERA, on behalf of himself and all others similarly situated,**<br><br>　　　Plaintiff,<br><br>v.<br><br>**MARRIOTT INTERNATIONAL, INC. and INTERNATIONAL HOSPITALITY ENTERPRISES, INC.,**<br><br>　　　Defendants. | Case No. 3:19-cv-01894-GAG |

**APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*
FOR ROBERT K. SHELQUIST**

　　　Comes now, ROBERT K. SHELQUIST, applicant herein and respectfully states:

　　　1.　　Applicant is an attorney and a member of the law firm of Lockridge Grindal Nauen P.L.L.P., 100 Washington Avenue South, Suite 2200, Minneapolis, Minnesota 55401 (phone 612-339-6900; fax 612-339-0981.

　　　2.　　Applicant will sign all pleadings with the name Robert K. Shelquist.

　　　3.　　Applicant has been retained personally or as a member of the above-named firm by Plaintiff Jamil Rivera to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

　　　4.　　Since 1990, applicant has been and presently is a member in good standing of the bar of the highest court of the State of Minnesota, where applicant regularly practices law. Applicant's bar license number is 21310X.

544466.1

5. Applicant has been admitted to practice before the following courts:

| COURT | ADMISSION DATE |
|---|---|
| Minnesota Supreme Court | 10/26/1990 |
| District of Minnesota | 11/27/1990 |
| District of Colorado | 03/19/2009 |
| Central District of Illinois | 03/31/1993 |
| Eastern District Michigan | 10/28/1996 |
| 1st Circuit Court of Appeals | 02/13/2015 |
| 2nd Circuit Court of Appeals | 08/23/2016 |
| 3rd Circuit Court of Appeals | 06/24/2016 |
| 6th Circuit Court of Appeals | 12/06/2012 |
| 7th Circuit Court of Appeals | 12/03/1993 |
| 8th Circuit Court of Appeals | 11/23/1990 |
| 9th Circuit Court of Appeals | 12/08/2017 |
| U.S. Supreme Court | 08/23/2004 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico in the following cases:

| Date of Application | Case Number | |
|---|---|---|
| 11/12/19 | 3:19-cv-01859-FAB | Winnie v. Hilton Worldwide Holdings, Inc., et al. |
| Approx 11/12/19 | 3:19-cv-01893 | Puleo v. Marriott International Inc., et al. |
| Approx 11/12/19 | 3:19-cv-01857-ADC | Slivinski v. Hilton Worldwide Holdings, Inc., et al. |
| Approx 11/12/19 | 3:19-cv-01858 PAD | Cosinteno v. Hilton Worldwide Holdings, Inc. |

10. Local counsel of record associated with applicant in this matter is:

> Jane A. Becker Whitaker
> Jean Paul Vissepo Garriga
> BECKER & VISSEPO, PSC
> U.S.D.C. 205510
> P.O. Box 9023914
> San Juan, Puerto Rico 00902-3914
> Tel: 787-945-2406
> jbw@beckervissepo.com
> jp@beckervissepo.com

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: Clerk, U.S. District Court.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

DATED: November 13, 2019            Respectfully submitted,

                                    LOCKRIDGE GRINDAL NAUEN P.L.L.P.


                                    /s/ *Robert K. Shelquist*
                                    Robert K. Shelquist (MN # 21310x)
                                    LOCKRIDGE GRINDAL NAUEN P.L.L.P.
                                    100 Washington Avenue South, Suite 2200
                                    Minneapolis, MN 55401
                                    Telephone: (612) 339-6900
                                    rkshelquist@locklaw.com

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

        BECKER & VISSEPO, PSC

        /s/JaneBeckerWhitaker
        Jane A. Becker Whitaker
        Jean Paul Vissepo Garriga
        U.S.D.C. 205510
        P.O. Box 9023914
        San Juan, Puerto Rico 00902-3914
        Tel: 787-945-2406
        jbw@beckervissepo.com
        jp@beckervissepo.com

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 pro hac vice admission fee.

        /s/ *Robert K. Shelquist*
        Robert K. Shelquist (MN # 21310x)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| **JAMIL RIVERA, on behalf of himself and all others similarly situated,**<br><br>    Plaintiff,<br><br>v.<br><br>**MARRIOTT INTERNATIONAL, INC. and INTERNATIONAL HOSPITALITY ENTERPRISES, INC.,**<br><br>    Defendants. | Case No. 3:19-cv-01894-GAG |

# ORDER GRANTING ADMISSION
# *PRO HAC VICE* OF ROBERT K. SHELQUIST

The Court, having considered the above Application for Admission Pro Hac Vice of Robert K. Shelquist, orders that:

\_\_\_\_\_ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

\_\_\_\_\_ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, 2019.

_____
U.S. District Judge