UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JAMIL RIVERA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MARRIOTT INTERNATIONAL, INC. and INTERNATIONAL HOSPITALITY ENTERPRISES, INC.<br><br>Defendants. | CASE NO. 3:19-cv-01894-GAG |

MOTION FOR ADMISSION
*PRO HAC VICE* OF MICHAEL DELL'ANGELO

COMES NOW Michael Dell'Angelo applicant herein and respectfully states:

1. Applicant is an attorney with the law firm of Berger Montague PC, with offices at:

> 1818 Market Street, Suite 3600
> Philadelphia, PA 19103
> mdellangelo@bm.net
> Tel: (215) 875-3080
> Fax: (215) 875-4604

2. Applicant will sign all pleadings with the name Michael Dell'Angelo.

3. Applicant has been retained personally or as a member of the above-named firm by Jamil Rivera to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since 1998, applicant has been and presently is a member in good standing of the bar of the highest court of the Commonwealth of Pennsylvania where applicant regularly practices law. Applicant's bar license number is 80910. Since 1997, applicant has been

and presently is a member in good standing of the bar of the highest court of the State of New Jersey. Applicant's bar license number is 032581997.

5. Applicant has been admitted to practice before the following courts:

| Court | Date Admitted |
|---|---|
| USDC, Northern District of Illinois | September 25, 2012 |
| Supreme Court, State of New Jersey | December 15, 1997 |
| USDC, New Jersey | 1997 |
| Supreme Court, Commonwealth of Pennsylvania | January 2, 1998 |
| USDC, Eastern District of Pennsylvania | May 20, 2009 |
| US Court Appeals, 2nd Circuit | November 29, 2016 |
| US Court Appeals, 4th Circuit | September 28, 2012 |
| US Court of Appeals, 11th Circuit | May 10, 2010 |

6. Applicant is a member in good standing of the bars of the courts listed in Paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9.   Local counsel of record associated with Applicant in this matter is:

>   Jane A. Becker Whitaker
>   Jean Paul Vissepo Garriga
>   BECKER & VISSEPO, PSC
>   U.S.D.C. 205510
>   P. 0. Box 9023914
>   San Juan, Puerto Rico 00902-3914
>   Tel: (787) 945-2406
>   jbw@beckervissepo.com
>   jp@beckervissepo.com

10.  Applicant has read the local rules of this court and will comply with the same.

11.  Applicant has read the Local Civil Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, receipt of payment of the *pro hac vice* admission fee is attached hereto in the form of a check or money order payable to "Clerk, U.S. District Court."

12.  WHEREFORE, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled cases only.

November 13, 2019                                      Respectfully submitted,

>                          _____
>                          Michael Dell'Angelo
>                          BERGER MONTAGUE PC
>                          1818 Market Street, Suite 3600
>                          Philadelphia, PA 19103
>                          Tel: (215) 875-3080
>                          Fax: (215) 875-4604
>                          mdellangelo@bm.net

I HEREBY CERTIFY, pursuant to Local Civil Rule 83A(t), that we consent to the designation of local counsel of record for all purposes.

November 13, 2019                                       Respectfully submitted,

/s/JaneBeckerWhitaker
Jane A. Becker Whitaker
Jean Paul Vissepo Garriga
BECKER & VISSEPO, PSC
U.S.D.C. 205510
P. 0. Box 9023914
San Juan, Puerto Rico 00902-3914
Tel: (787) 945-2406
jbw@beckervissepo.com
jp@beckervissepo.com

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 *pro hac vice* admission fee.

.Michael Dell'Angclh
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3080
Fax: (215) 875-4604
mdellangelo@bm.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JAMIL RIVERA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MARRIOTT INTERNATIONAL, INC. and INTERNATIONAL HOSPITALITY ENTERPRISES, INC.<br><br>Defendants. | CASE NO. 3:19-cv-01894-GAG |

**ORDER REGARDING MOTION FOR ADMISSION**
***PRO HAC VICE* OF MICHAEL DELL'ANGELO**

The Court, having considered the above Application for Admission *Pro Hae Vice,* orders that:

o     the application be granted. The Clerk of the Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐     the application is denied. The Clerk of the Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this ____ day of _____ 2019.

_____
Judge Gustavo A. Gelpi
U.S. District Judge