**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

**JAMIL RIVERA,**

**Plaintiff,**

 **v.**

**MARRIOTT INT'L, INC. & INT'L HOSP. MGMT., INC.,**

**Defendants.**

**CIVIL NO. 19-1894 (GAG)**

## JUDGMENT

As per Plaintiff Jamil Rivera's and Defendants Marriott International, Inc.'s and International Hospitality Management, Inc.'s stipulation of voluntary dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (Docket No. 67), judgment is hereby entered **DISMISSING** the instant case with prejudice.

**SO ORDERED.**

In San Juan, Puerto Rico this 13th day of January, 2021.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge